RECEIVED
IN LAFAYETTE, LA.

MAY 3 1 2012

TONY R. MOORE, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARROL CESSAC | CIVIL ACTION NO.: 12-679 |
| VERSUS | JUDGE HAIK |
| STEVE RADER, WARDEN | MAGISTRATE JUDGE HANNA |

## ORDER

*Pro se* petitioner Carrol Cessac's instant petition for habeas corpus pursuant 28 U.S.C. § 2254 was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, which was issued on May 7, 2012 [Doc. 5]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that petitioner's *habeas corpus* petition be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2254.

**THUS DONE AND SIGNED** at Lafayette, Louisiana on this 29th day of May, 2012.

HONORABLE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA